# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 21, 2022

## NO. 03-21-00015-CV

**City of Austin, and City of Austin d/b/a Austin Energy, Appellants**

**v.**

**Kevin C. Findley, Individually and as An Heir of Erica Findley, and on Behalf of All Those Entitled to Recover for The Death of Erica Findley Under The Texas Wrongful Death Act; Pamela Findley, Individually and as An Heir of Erica Findley; and Jason Halstead, Individually, Surviving Spouse and as An Heir of Erica Findley and As Representative of The Estate of Erica Findley, Appellees**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### REVERSED AND RENDERED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on December 22, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment dismissing appellees' claims against the City of Austin, and City of Austin d/b/a Austin Energy for want of jurisdiction. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.